[No. 1925-2.    Division Two.    January 31, 1977.]

GEORGE C. BROWN, *Respondent*, v. JAMES J. JOHNSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Jeffer-

son; County, No. 8448, Gerald B. Chamberlin, J., entered June 6, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.